```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Keith Robertson,

                Petitioner,

        -against-

United States Federal Bureau of Prisons,

                Respondent.

25 Civ. 2481 (AT)

**ORDER TO ANSWER**

ANALISA TORRES, District Judge:

       Petitioner, Keith Robertson, has filed a petition (the "Petition") pursuant to 28 U.S.C. § 2241.  Pet., ECF No. 1.  Accordingly:

1. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued and that the Petition has been filed.

2. Within thirty days of being notified of this order, the U.S. Attorney's Office shall file an answer or otherwise respond to the Petition.  Robertson may file reply papers, if any, within thirty days from the day he is served with Respondent's answer.

       SO ORDERED.

Dated: May 9, 2025
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge