**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Keith Robertson,

                    Petitioner,

          -against-

United States Federal Bureau of Prisons,

                    Respondent.

**1:25-cv-02481 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge**:

It is hereby ORDERED that, no later than May 29, 2026, Respondent shall file additional briefing regarding the following two matters:

1.  Based upon information the Court has received from the United States District Court for the District of New Hampshire, it appears that Petitioner was in custody of the United States Marshal Service between the date he was sentenced and his arrival at FCI Atlanta on September 8, 2022. Assuming the Court reaches the issue and determines that Petitioner's sentence commenced for purposes of the First Step Act ("FSA") when he was "received in custody awaiting transportation to . . . the official detention facility at which the sentence is to be served[,]" 18 U.S.C. § 3585(a), Respondent shall set forth its position as to Petitioner's eligibility to earn time credits during that time period. *See, e.g., Claude v. Stover*, No. 24-CV-00961 (KAD), 2025 WL 375074, at *10 (D. Conn. Feb. 3, 2025).

2.  In his reply memorandum, Petitioner argues that, while in federal custody, he engaged in productive activities such as reading, bible study, exercise and peer-to-peer class study. (Pet.'s Reply, ECF No. 15, at 3.) Respondent shall set forth its position as to

whether those activities could be considered unstructured productive activities for purposes of the FSA. *See Mohammed v. Stover*, No. 23-CV-00757 (SVN), 2024 WL 1769307, at *4 (D. Conn. Apr. 23, 2024) (discussing unstructured productive activities approved by the Bureau of Prisons).

It is further ORDERED that Petitioner shall file any response to Respondent's submission no later than June 12, 2026.

**SO ORDERED.**

Dated:    New York, New York
          May 15, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2