USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Keith Robertson,

Petitioner,

-against-

United States Federal Bureau of Prisons,

Respondent.

25 Civ. 2481 (AT) (SDA)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

Petitioner *pro se*, Keith Robertson, petitions for a writ of habeas corpus under 28 U.S.C. § 2241 seeking to compel the Bureau of Prisons ("BOP") to reassign his start date for the purposes of the First Step Act of 2018 ("FSA"), 18 U.S.C. § 3631 *et seq.*, and recalculate his time credits under the FSA. *See* Pet. at 1, ECF No. 1. The Court referred the petition to the Honorable Stewart D. Aaron for a report and recommendation ("R&R"). *See* ECF No. 5.

After careful consideration, Judge Aaron issued an R&R recommending that the petition be denied in part and granted in part. *See* R&R at 20, ECF No. 23. Judge Aaron concluded that the BOP must recalculate Petitioner's start date, finding that Robertson's sentence commenced for the purposes of FSA time credits no later than July 28, 2021, and that the BOP "should be required to make an individualized determination of Petitioner's entitlement to time credits for [productive activities] engaged in after July 20, 2021." *See* R&R at 10–20. Despite notification of the right to object to the R&R, no party filed objections, and the time to do so has now passed. *See* R&R at 20; Fed. R. Civ. P. 72(b)(2). Because no objections were made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Aaron's thorough and well-reasoned R&R.

Accordingly, the Court ADOPTS the R&R in its entirety. By **November 16, 2026**, the BOP is directed to: "(1) recalculate Petitioner's FSA time credits based upon start dates of July 20, 2021 and July 28, 2021, respectively; and (2) file a letter to the ECF docket confirming that the BOP took the aforementioned action and reporting (a) whether Petitioner is entitled to additional FSA time credits, and (b) whether any of those time credits fall between July 20, 2021 and July 28, 2021, in which case the letter also shall set forth the parties' positions as to the appropriate start date." R&R at 20.

The Clerk of Court is respectfully directed to mail and email a copy of this order to Petitioner *pro se*.

SO ORDERED.

Dated: October 14, 2026
New York, New York

ANALISA TORRES
United States District Judge